Malvin L. SCHAEFER, Petitioner,

v.

OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.

No. 2011–3057.

United States Court of Appeals,
Federal Circuit.

Feb. 14, 2011.

Malvin L. Schaefer, Canton, TX, pro se.

ON MOTION

ORDER

Malvin L. Schaefer moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.